IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN D. LEE, JR., as Special Administrator of the Estate of CALEB LEE, deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 19-CV-318-GKF-JFJ |
| TURN KEY HEALTH CLINICS, LLC, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## JOINT STATUS REPORT

Plaintiff and Defendants (the "Parties") hereby respectfully submit this Joint Status Report in accordance with the November 4, 2021, Order of Magistrate Judge Paul J. Cleary (Dkt. #132).

The Parties participated in a private mediation in this matter on February 10, 2022 and reached an agreed settlement. The Parties are still in the process of finalizing all necessary settlement documents and anticipate that settlement will be completed and a joint stipulation of dismissal with prejudice will be filed in the coming weeks.

| | |
|---|---|
| /s/ W. Caleb Jones_____ | /s/Bryon D. Helm_____ |
| Joel L. Wohlgemuth, OBA #9811 | Daniel E. Smolen, OBA# 19943 |
| Jo Lynn Jeter, OBA #20252 | Robert M. Blakemore, OBA #18656 |
| W. Caleb Jones, OBA #33541 | Bryon D. Helm, OBA #33003 |
| **NORMAN WOHLGEMUTH, LLP** | **SMOLEN & ROYTMAN** |
| 3200 Mid-Continent Tower | 701 S. Cincinnati Ave. |
| 401 S. Boston Ave. | Tulsa, OK 741119 |
| Tulsa, OK 74103 | (918) 585-2667 |
| Telephone: (918) 583-7571 | (918) 585-2669 Fax |
| Facsimile: (918) 584-7846 | danielsmolen@ssrok.com |
| *Attorneys for Defendants* | bobblakemore@ssrok.com |
| | *Attorneys for Plaintiff* |