IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

JOHN D. LEE, JR., as Special Administrator )
of the Estate of CALEB LEE, deceased, )
                      Plaintiff, )
v. ) Case No. 19-CV-318-GKF-JFJ
TURN KEY HEALTH CLINICS, LLC, et al., )
                      Defendants. )

## **ADMINISTRATIVE CLOSING ORDER**

This case comes before the Court on the Joint Status Report [Doc. 140] wherein the Court has been advised that this matter has settled. Based upon representation and for good cause shown, the Court finds that this matter should be administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, the Court Clerk is directed to **administratively close** this case pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all remaining deadlines and scheduled hearings are hereby **stricken** and all pending motions are **moot**.

**IT IS FURTHER ORDERED** that the parties shall file a fully-executed joint stipulation of dismissal no later than April 25, 2022.

**DATED** this 23rd day of February, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE