# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN D. LEE, JR., as Special Administrator of the Estate of CALEB LEE, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC,<br>WILLIAM COOPER, D.O.,<br>JAMES CONSTANZER, APRN,<br>HOLLY MARTIN, APRN,<br>VIC REGALADO, in his official capacity,<br><br>    Defendants. | Case No. 19-CV-318-GKF-JFJ |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline For Joint Stipulation of Dismissal (Dkt. 144). For good cause shown, and there being no objection thereto, the motion is hereby GRANTED. The deadline for the parties to file a joint stipulation of dismissal is hereby extended by 10 days to June 3, 2022.

IT IS SO ORDERED this 26th day of May, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE