**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN D. LEE, JR., as Special Administrator of the Estate of CALEB LEE, deceased<br><br>　　Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC,<br>WILLIAM COOPER, D.O.,<br>JAMES CONSTANZER, APRN,<br>HOLLY MARTIN, APRN,<br>VIC REGALADO, in his official capacity,<br><br>　　Defendants. | Case No. 19-CV-318-GKF-JFJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, appearing through their counsel, hereby stipulate to the dismissal with prejudice of the above-styled action, with each party to bear its/their own attorney fees and costs.

DATED this 1st day of June, 2022.

| | |
|---|---|
| /s/ Jo Lynn Jeter | /s/Daniel E. Smolen |
| Joel L. Wohlgemuth, OBA #9811 | Daniel E. Smolen, OBA# 19943 |
| Jo Lynn Jeter, OBA # 20252 | Robert M. Blakemore, OBA #18656 |
| W. Caleb Jones, OBA #33541 | Bryon D. Helm, |
| **NORMAN WOHLGEMUTH, LLP** | **SMOLEN & ROYTMAN** |
| 401 S. Boston Ave., Suite 3200 | 701 S. Cincinnati Ave. |
| Tulsa, Oklahoma 74103 | Tulsa, OK 741119 |
| (918) 583-7571 | (918) 585-2667 |
| (405) 239-6615 | (918) 585-2669 Fax |
| | |
| ***Attorneys for Defendants*** | ***Attorneys for Plaintiff*** |